**No. 10-57. Bruce Marks, et al., Petitioners v. Alfa Group, aka Crown Finance Foundation, et al.**

562 U.S. 892, 131 S. Ct. 263, 178 L. Ed. 2d 139, 2010 U.S. LEXIS 6337.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 369 Fed. Appx. 368.